NUMBER 13-06-595-CV
 
COURT OF APPEALS
 
THIRTEENTH DISTRICT OF TEXAS
 
CORPUS CHRISTI - EDINBURG
________________________________________________________________

IN RE DAVID LAMAR TARBUTTON
_____________________________________________________________ 
 
On Petition for Writ of Mandamus 
______________________________________________________________ 

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Castillo
Per Curiam Memorandum Opinion

         Relator David Lamar Tarbutton filed a petition for writ of mandamus in the above
cause.
         The Court, having examined and fully considered the petition for writ of
mandamus, is of the opinion that relator has not shown himself entitled to the relief
sought and the petition for writ of mandamus should be denied. See Tex. R. App. P.
52.8. The petition for writ of mandamus is DENIED.
                                                                                 PER CURIAM
Memorandum Opinion delivered and 
filed this 26th day of October, 2006.